UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO.: 25-20913-cv-Altonaga/Reid

CHRISTINE HOLMES,

     *Plaintiff*,

v.

OCEANIA CRUISES LTD., a Bermuda
company, d/b/a OCEANIA CRUISES,

     *Defendant*.

_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

     I hereby disclose the following:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action - including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Christine Holmes
c/o Frank D. Butler, Esquire
Frank D. Butler, P.A.
10550 U.S. Hwy. 19, N.
Pinellas Park, FL 33782
*Plaintiff*

Frank D. Butler, Esquire
Frank D. Butler, P.A.
*Counsel for the Plaintiff*

Jana Ranieri Cortina, Esquire
Frank D. Butler, P.A.
*Counsel for Plaintiff*

Frank D. Butler, P.A.
10550 U.S. Hwy. 19, N.

Pinellas Park, FL 33782
*Counsel for Plaintiff*

Chris Smith, Esquire
Goldstein Buckley
*Counsel for Plaintiff*

Oceania Cruises Ltd.
7300 Corporate Center Drive
Miami, FL 33132
*Defendant*

2.      The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

It is believed that Defendant, OCEANIA CRUISES LTD d/b/a OCEANIA CRUISES is not a publicly traded company but rather it is a wholly owned subsidiary of Norwegian Cruise Lines Holdings, Ltd., whose common stock is listed on the New York Stock Exchange and publicly traded.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

This is not a bankruptcy matter.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

This is not a criminal action.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated:  April 9, 2025.

*/s/  Jana Ranieri Cortina, Esq.*
Jana Ranieri Cortina, Esquire
FBN: 771740
JCortina@fightingforfamilies.com
Frank D. Butler, Esq.
FBN:  940585
fdblawfirm@aol.com
**Frank D. Butler, P.A.**
10550 US Highway 19 North

Pinellas Park, FL 33782
Phone: 727-399-2222
Fax: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kallen@fightingforfamilies.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served the forgoing by email to: Todd L. Sussman, Esq., tsussman@nclcorp.com  .

/s/  *Jana Ranieri Cortina, Esq.*
Jana Ranieri Cortina, Esquire