UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO.: 25-20913-cv-Altonaga/Reid

**CHRISTINE HOLMES,**

 *Plaintiff*,

v.

**OCEANIA CRUISES LTD., a Bermuda company, d/b/a OCEANIA CRUISES,**

 *Defendant*.

_____/

## JOINT SCHEDULING REPORT

Plaintiff, CHRISTINE HOLMES (hereinafter "PLAINTIFF'), and Defendant, OCEANIA CRUISES LTD., d/b/a OCEANIA CRUISES (hereinafter "DEFENDANT"), by and through their respective undersigned counsel, and pursuant to the Federal Rules of Civil Procedure, including Local Rule 16.1(B), and hereby submit their Joint Scheduling Report as follows:

1. MEETING OF THE PARTIES:

The Parties have met as required by the Local Rule 16.1(b). Plaintiff's counsel, Jana Ranieri Cortina, Esq. has conferred with counsel for Defendants: Todd Sussman, Esq. for Defendant OCEANIA.

2. NATURE OF THE ACTION:

This is a maritime action. The Plaintiff seeks recovery of damages relating to a personal injury incident which occurred on or about January 29, 2024 while Plaintiff was a passenger on OCEANIA's vessel, the *Oceania Sirena*. Plaintiff sustained bodily injury while disembarking for an excursion. Defendant denies Plaintiff's allegations of liability and damages.

3. LIKELIHOOD OF SETTLEMENT:

The parties remain open to settlement discussion and the parties will complete their attendance at a mediation conference.

4. <u>**LIKELIHOOD OF THE APPEARANCE IN THE ACTION OF ADDITIONAL PARTIES**</u>:

Uknown at this time.

5. <u>**NECESSITY OR DESIRABILITY OF AMENDMENTS TO THE PLEADINGS**</u>:

At this time, it is unknown whether any amendments to the pleadings will be required, pending further discovery.

6. <u>**A PROPOSAL FOR THE FORMULATION AND SIMPLIFICATION OF ISSUES**</u>:

The Parties request advisement of the Court's procedures related to Rule 26 and <u>non-retained experts</u>, pursuant to the ruling in the recent 11th Circuit case of <u>Cedant v. U.S.</u>, USCA11, Case: 21-12661 (08/04/2023). The 11th Circuit in <u>Cedant</u> states that non-retained experts are not required to produce an expert witness report under Rule 26(a)(2)(b), but rather that non-retained experts shall be governed under rule 26(a)(2)(c). The <u>Cedant</u> court left to the trial judges to decide whether to follow Rule 26(a)(2)(b) or 26(a)(2)(c).

7. <u>**THE POSSIBILITY OF OBTAINING ADMISSIONS OF FACT AND DOCUMENTS**</u>:

The parties will work together in a good faith attempt to stipulate as to authenticity of records to the extent practicable.

8. <u>**A PRELIMINARY ESTIMATE OF THE TIME REQUIRED FOR TRIAL**</u>:

The parties' preliminary estimate of the time required to try this case by jury is approximately 4 days. The parties are providing a proposed scheduling order. *See attachment A*.

9. <u>**ANY OTHER INFORMATION THAT MIGHT BE HELPFUL TO THE COURT**</u>:

This is a maritime action. The Plaintiff seeks recovery of damages relating to a personal injury incident which occurred on or about January 29, 2024 while Plaintiff was a passenger on OCEANIA's vessel, the *Oceania Sirena*. Plaintiff sustained bodily injury while disembarking for an excursion. Defendant denies Plaintiff's allegations of liability and damages.

[Signature Blocks on the Following Page]

Respectfully Submitted on this the 21st day of April, 2025.

Frank D. Butler, Esq.
FBN:  940585
fdblawfirm@aol.com
Jana Ranieri Cortina, Esq.
FBN: 771740
Jcortina@fightingforfamilies.com
Frank D. Butler, P.A.
10550 US Highway 19 North
Pinellas Park, FL 33782
T: 727-399-2222 F: 727-399-2202
Service: courtdocserve@fdblawfirm.com
Secondary: kallen@fightingforfamilies.com

*/s/ Jana Ranieri Cortina, Esq.*
**Jana Ranieri Cortina, Esquire**
*Attorney for Plaintiff*

Todd L. Sussman, Esq.
FBN: 0084729
tsussman@nclcorp.com
**OCEANIA CRUISES** LTD.
7665 Corporate Center Drive
Miami, FL 33126
T: 305-436-4653  F: 305-468-2132

*/s/  Todd L. Sussman*
Todd L. Sussman, Esquire
*Attorney for Defendant*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served the forgoing by email to: Todd L. Sussman, Esq., tsussman@nclcorp.com .

*s/ Jana Ranieri Cortina, Esq.*
Jana Ranieri Cortina, Esquire